WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Robin L Poehler,

    Plaintiff,

v.

Debra Fenwick, et al.,

    Defendants.

No. CV-15-01161-PHX-ESW

**ORDER**

    The Court has considered the parties' Joint Motion to Approve Settlement of FLSA Action (Doc. 59) and Declaration of Jarrett J. Haskovec in Support of Motion to Approve Settlement of FLSA Action (Doc. 60).

    In the context of suits brought directly by employees against their employer to recover back wages for violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA"), the parties must present any proposed settlement to the district court, and the Court may enter a stipulated judgment after scrutinizing the settlement for fairness. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) (citing 29 U.S.C. § 216); *see also Brooklyn Sav. Bank v. O'Neil*, 324 U.S. 697 (1945) (requiring the approval of the court or Department of Labor for FLSA settlements, and explaining the deferential standard for judicial review when the parties are represented by counsel). Because this case has been brought under the FLSA for the recovery of back wages, the parties seek judicial approval of the settlement prior to entering judgment in this action. The parties have attached the proposed settlement agreement to the joint

motion.  (Doc. 59-1, Ex. A.)  The Court may approve the settlement if it reflects a "reasonable compromise over issues."  *Lynn's,* 679 F.2d at 1354.

The Court has reviewed the complaint, the parties' joint motion, and the terms of the proposed settlement agreement, and finds that the settlement agreement reflects a fair and reasonable resolution of all issues.  The parties have a bona fide dispute over both liability and damages regarding statutory coverage and wages owed under the Fair Labor Standards Act and Arizona Minimum Wage Act.  The proposed settlement agreement does not appear to be the product of collusion between the parties, nor does it appear to be the result of fraud or overreaching on the part of Defendant.  The Court concludes that the proposed settlement agreement should be approved as a fair and reasonable compromise of a bona fide dispute under the FLSA.

IT IS ORDERED granting the Joint Motion to Approve Settlement of FLSA Action (Doc. 59).

IT IS FURTHER ORDERED that the District Court of Arizona hereby retains continuing and exclusive jurisdiction over the parties, their attorneys, and this action as may be necessary or appropriate to implement and/or enforce the Settlement Agreement.

Dated this 19th day of May, 2016.

Honorable Eileen S. Willett
United States Magistrate Judge